IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL ACTION NO.: 2:11-cv-00478-GLL |
| vs. | ) | |
| STANLEY PAWLOSKI, | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

AND NOW, this __21__ day of __June__, 2011 Defendant, Stanley Pawloski, having failed to plead or otherwise defend this action and default having been entered,

NOW, upon application of the United States and upon Affidavit that Defendant is indebted to the United States in the sum of $106,228.32 plus interest accruing from January 20, 2011 to the date of judgment and costs and fees, that Defendant is not an infant or incompetent person and that Defendant is not in the military service of the United States, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff recover of Defendant the sum of $106,228.32 plus interest accruing from January 20, 2011 to the date of judgment, plus costs of this suit.

_____
UNITED STATES DISTRICT JUDGE